UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED
MAR 28 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-40085-A-7
)
Jacqueline L. Gholar, ) Docket Control No. None
)
) Date: Ex Parte
Debtor. ) Time: Ex Parte
)

### MEMORANDUM

The debtor, Jacqueline L. Gholar, filed her chapter 7 petition on October 16, 2005. Her petition was accompanied by an application pursuant to Fed. R. Bankr. P. 1006(b) to pay the $209 filing fee in installments. That application was granted. The first filing fee installment was due on November 21, 2005. It was not paid.

The failure to pay the installment prompted the issuance of an order to show cause which the court heard on December 19, 2005. The debtor appeared at the that hearing. She asked that she be given until January 9, 2006 to pay the entire filing fee. The court agreed to do as requested by the debtor and on December 20, 2005, it issued an order requiring that the filing fee be paid in full on January 9, 2006.

The filing fee was not paid by January 9. Instead, on that date the debtor filed an application requesting an extension to

January 16. The court issued an order on January 12 granting this further extension. The filing fee was not paid on January 16.

Still, the court did not immediately dismiss the petition. It gave the debtor through February 7, 2006 to pay the filing fee. On February 8, when the fee still had not been paid, the court dismissed the petition.

Now before the court is yet another application from the debtor asking that the dismissal be vacated and that the filing fee be waived pursuant to 28 U.S.C. § 1930(f).

Assuming the court were to vacate the dismissal, the court would be unable to grant a waiver the chapter 7 filing fee. While such waivers are authorized by 28 U.S.C. § 1930(f), section 1930(f) is only effective in cases filed on and after October 17, 2005. See P.L. 109-8, § 1501(a). The debtor's petition was filed on October 16, 2005.

Because there is no possibility of a fee waiver, because the court has already given the debtor every possible chance to pay the filing fee, the motion to vacate the dismissal will be denied.

Dated: 28 March 2006

By the Court

Michael S. McManus, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Jacqueline L. Gholar
8359 Elk Grove florin Rd #103
Sacramento, CA 95829

Richard J. Hanf
PO Box 6499
Napa, CA 94581

Office of the U.S. Trustee
501 I Street , Room 7-500
Sacramento, CA 95814

Dated: 3·29·06

Deputy Clerk